

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable M. A. Jamison
Deputy Commissioner
Banking Department
Austin, Texas

Dear Mr. Jamison:

Opinion No. O-6696

Re: Construction of Article 10,
Chapter VII of the Texas Bank-
ing Code with respect to payment
of a minor's deposit upon his
death.

We have your inquiry as follows:

"A question has arisen regarding the con-
struction of Article 10, Chapter VII of the
Texas Banking Code of 1943, as it pertains to
a transaction involving a joint deposit and
survivorship contract which involves a minor.

"The question is: Could a bank rely on
the language of Article 10, Chapter VII as
its protection in the payment of an amount
to an adult under the terms of a joint de-
posit and survivorship contract, the minor
being deceased?"

Article 10, Chapter VII, of the Texas Banking
Code of 1943, is as follows:

"A bank may pay a present or future de-
posit, payable to or on the order of (a) any
one of two or more persons, or (b) a minor,
married woman, or other person under disabil-
ity, or in form payable to or on the order
of one person, for the benefit of or in trust
for another, without the terms of the trust

...TION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable M. A. Jamison - page 2

being disclosed to the bank in writing, to
any one of such joint depositors (before
or after the death of the other joint de-
positer or depositers), or to such minor,
married woman, or other person under dis-
ability, or, on the death or disability of
the trustee, to the beneficiary of such
trust."

An analysis of this Article shows that it
authorizes a bank to make payment from the following
deposit accounts, and to make such payment to the per-
sons named.

The bank may pay from a deposit payable to,
or on the order of,

(a) Anyone of two or more persons;
(b) A minor * * * or any other person
      under disability; or,
(c) Of trust for another (without the
      terms of the trust being dis-
      closed in writing).

Such deposits are authorized to be paid to:

(a) Anyone of such joint depositors;
(b) Such minor * * * or other person
      under disability; or,
(c) The beneficiary of such trust,
      upon the death or disabil-
      ity of the trustee.

Your question is answered in the affirmative.
Such a deposit is a joint deposit, and therefore within
(a) in both factors of the above analysis. The fact that
one of such joint depositors is a minor does not bring
your case within (b) since that deals with deposits by
minors, married women, and other incompetents.

FEB 9, 1944                    Very truly yours

                              ATTORNEY GENERAL OF TEXAS

                    TEXAS By

                              Ocie Speer
OS-MR                         Assistant

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN